WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-17-08151-01-PCT-JJT |
| Plaintiff, | **DETENTION ORDER** |
| v. | |
| Jimmy Roger Brownfeather, Jr., | |
| Defendant. | |

On December 21, 2017, Defendant appeared before this Court on a petition to revoke conditions of release. The Government moved to dismiss the Petition for Action on Conditions of Pretrial Release, filed November 27, 2017 (Doc. 22), and there being no objection by Defendant;

IT IS ORDERED detaining the Defendant as a flight risk pursuant to 18 U.S.C. § 3148(b).

IT IS FURTHER ORDERED that the Defendant be detained pending sentencing.

Dated this 21st day of December, 2017.

Honorable John Z. Boyle
United States Magistrate Judge